No. 459.   UNITED STATES *v.* JACOBS.   Appeal from the United States District Court for the Eastern District of Wisconsin.   Dismissed on motion of the appellant. *Acting Solicitor General Stern* for the United States.

No. 354.   AEBY ET UX. *v.* UNITED STATES.   The motion of petitioner to withhold order denying petition for writ of certiorari, 346 U. S. 885, pending disposition of petition for rehearing is denied.

No. 366.   UNITED STATES EX REL. ACCARDI *v.* SHAUGHNESSY, DISTRICT DIRECTOR OF THE IMMIGRATION AND NATURALIZATION SERVICE.   Certiorari, 346 U. S. 884, to the United States Court of Appeals for the Second Circuit.   The application for bail is granted and it is ordered that petitioner, Joseph Accardi, be admitted to bail upon the posting of a good and sufficient surety bond in the amount of twenty-five hundred ($2,500) dollars.   The bond is to be approved by the United States District Court for the Southern District of New York or a judge thereof and when approved to be filed with the clerk of that court.

MR. JUSTICE REED, MR. JUSTICE JACKSON, and MR. JUSTICE CLARK would deny the application without prejudice to an application to proper authority.

No. 368, Misc., October Term, 1952.   GOODMAN ET AL. *v.* McMILLAN, TRUSTEE, ET AL.   Petition to withdraw the order of October 19, 1953, 346 U. S. 853, and for further consideration denied.   THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. 143, Misc.   SHELTON *v.* UNITED STATES.   Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit dismissed on motion of petitioner.